IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN MICHAEL CREDICO (INDIVIDUALLY) ON BEHALF OF RUSSIA, CHINA, IRAN (REPRESENTATIVELY) | : : : : : | CIVIL ACTION |
| v. | : : | |
| UNITED STATES, et al. | : | NO. 14-1502 |

## O R D E R

**AND NOW**, this 10th day of April 2014, **upon** consideration of plaintiff's motion to proceed *in forma pauperis* (Document No. 5), his *pro se* complaint (Document No. 1), and his "Motion for Stay to obtain PAS" (Document No. 6), it is ORDERED that:

1. The motion to proceed *in forma pauperis* is DENIED pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

2. Plaintiff's Motion for a Stay is DENIED as MOOT.

3. If he seeks to continue with this case, plaintiff must remit the $350 filing fee and $50 administrative fee to the Clerk of Court within thirty (30) days from the date of this order.

4. The Clerk of Court shall **CLOSE** this case for statistical purposes.

BY THE COURT:

JUAN R. SANCHEZ, J.